```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SUSAN PHAN
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00193 AWI |
| | ) | |
| Plaintiff, | ) | MOTION FOR DISMISSAL OF |
| | ) | INDICTMENT WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| ARMANDO LEAL-CORONEL, | ) | |
| | ) | |
| Defendant. | ) | |

   The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests that the Indictment filed herein be dismissed as to defendant ARMANDO LEAL-CORONEL, in the interest of justice.

DATED: June 9, 2009          Respectfully submitted,

                             LAWRENCE G. BROWN
                             Acting United States Attorney


                             By: /s/ Susan Phan
                             SUSAN PHAN
                             Assistant U.S. Attorney

```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SUSAN PHAN
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00193 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| v. | ) | INDICTMENT WITHOUT PREJUDICE |
| | ) | |
| ARMANDO LEAL-CORONEL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant ARMANDO LEAL-CORONEL without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   June 10, 2009**          /s/ **Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE